JAMES v. CLEMENT et al.

(Circuit Court of Appeals, Fifth Circuit. March 10, 1914.)

No. 2544.

EXCEPTIONS, BILL OF (§ 13*)—INCORPORATING EVIDENCE.

A bill of exceptions, composed in large part of a reference to the evidence contained in a bill of exceptions taken when the case was before the Circuit Court of Appeals on a writ of error to review a former judgment, does not properly bring up all the evidence.

[Ed. Note.—For other cases, see Exceptions, Bill of, Cent. Dig. § 13; Dec. Dig. § 13.*]

In Error to the District Court of the United States for the Northern District of Georgia; William T. Newman, Judge.

Action between D. W. James and Waldo P. Clement and others. From a judgment in favor of the latter, James brings error. Affirmed.

Alex W. Smith, of Atlanta, Ga., for plaintiff in error.

Hollins N. Randolph, Spencer R. Atkinson, and Robert S. Parker, all of Atlanta, Ga., for defendants in error.

Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The bill of exceptions in this case is composed in large part of a reference to the evidence contained in a bill of exceptions taken when the case was brought to this court on error from the first judgment.

A majority of the judges are of opinion that this mode of procedure does not bring all the evidence properly before us. Being familiar with the evidence on the first trial, and having re-examined it for the purposes of the present hearing, we do not think our conclusion would be

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

changed if we considered the full bill of exceptions as now presented. There have now been two verdicts in favor of the validity of the transactions between the parties.

We are of opinion that no reversible error is shown by the record, and the judgment is therefore affirmed.